

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-90,466-01

**EX PARTE PAUL WILSON, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1514567-A IN THE 180TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty and was convicted of aggravated assault of a family member and sentenced to five years' imprisonment. He did not appeal his conviction.

This Court remanded the application to allow the trial court to obtain an affidavit from counsel and make findings. Applicant has now filed a motion to dismiss the application with this Court.

The trial court shall make findings of fact and conclusions of law as to whether Applicant

wants to pursue his application or dismiss it. If he wishes to dismiss the application, the trial court shall make findings as to whether the application should be dismissed pursuant to this Court's decision in *Ex parte Speckman*, 537 S.W.3d 49 (Tex. Crim. App. 2017).

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.


Filed: August 19, 2020
Do not publish